IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

BRIGITTE A. LAVARIAS

V.   CAUSE NUMBER 3:14CV212 M-P

BL DEVELOPMENT CORP.
doing business as
Harrah's Tunica

## JUDGMENT DISMISSING CASE FOR
## REASON OF BANKRUPTCY PENDING

The court received notice of bankruptcy proceedings instituted by BL Development Corp., January 22, 2015, at which time this matter was stayed due to bankruptcy. All counsel of record were directed to report to the court, in writing, on a quarterly basis to inform the court of the status of the bankruptcy proceedings. Only three reports have been filed on the docket during the two years this matter has been stayed, the last report being filed July 5, 2016. Therefore, this court finds that it is not necessary that this case remain upon the pending docket of this court.

It is ORDERED that BL DEVELOPMENT CORP. is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon motion of either party advising that the bankruptcy proceedings have been closed and that further litigation in this court is necessary.

This the 14th day of August, 2017.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**